# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149105 & (3)(4)(5)

TIMOTHY A. STOEPKER,
      Plaintiff,

v

                                        SC: 149105
                                        ADB: 13-000032-GA

ATTORNEY DISCIPLINE BOARD,
      Defendant.
_____/

On order of the Chief Justice, the stipulation to dismiss the complaint for superintending control is GRANTED. The dismissal is with prejudice and without costs or fees to either party. The earlier-filed motions to expedite and for immediate consideration are denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2014

